IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**FIRST HORIZON BANK**                                                                                           **PLAINTIFF**

v.                                    Case No. 4:20-cv-01371 KGB

**EAGLE BANK AND TRUST**
**COMPANY and DEBRA A. REED**                                                          **DEFENDANTS**

## ORDER

Before the Court is the parties' joint stipulation of dismissal with prejudice (Dkt. No. 23). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court adopts the joint stipulation of dismissal. The action is dismissed with prejudice.

So ordered this the 28th day of February, 2022.

*[signature: Kristine G. Baker]*

Kristine G. Baker
United States District Judge